**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00541-GPG

TERRELL FREDERICK, an individual, on his own behalf, and on behalf of LF, his minor child,

    Plaintiffs,

v.

STETSON HILLS VENTURE, LLC,

    Defendant.

## ORDER OF DISMISSAL

On March 1, 2017, Plaintiff Terrell Frederick filed, through counsel, a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) ("IFP Application") (ECF No. 2). On May 5, 2017, the Court ordered Mr. Frederick to file an amended application that included up-to-date financial information. Mr. Frederick was warned that the IFP Application would be denied without further notice if he failed to file an amended application within thirty days.

On June 2, 2017, Mr. Frederick filed a Response to Order Directing Plaintiff to File Amended IFP Application and Notice of Withdrawal of Applications (ECF No. 7). Mr. Frederick stated he would like to withdraw the IFP Application and that he anticipated the ability to pay the full filing fee in each of his active cases in the District of Colorado. He also requested a reasonable time within which to pay the full filing fee.

On June 8, 2017, the Court denied as moot the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 8). The Court ordered

Plaintiff to pay the total filing fee amount of $400.00 within thirty days from the date of the Order if he wished to pursue his claims in this action. (*Id.*). The Court warned that his failure to pay the total filing fee amount of $400.00 within the time allowed would result in the dismissal of the complaint and the action without further notice. (*Id.*).

The time has run for Plaintiff to pay the filing fee without response. Plaintiff has failed to comply with the Court's Order directing him to pay the filing fee and has not requested an extension of time to do so. Therefore, the Court will dismiss this action for failure to comply with the Court's Order, failure to prosecute, and failure to pay the filing fee.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Complaint (ECF No. 1) and this action are DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Court's Order (ECF No. 8), failure to prosecute, and failure to pay the filing fee as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED July 27, 2017, at Denver, Colorado.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge