# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00541-CMA

TERRELL FREDERICK, an individual, on his own behalf, and on behalf of LF, his minor child,

    Plaintiffs,

v.

STETSON HILLS VENTURE, LLC,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Judge Christine M. Arguello on July 27, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiffs.

    DATED at Denver, Colorado, this 27 day of July, 2017.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk

                  By: s/ A. Garcia Garcia
                  Deputy Clerk